PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Tamara Denise Warford**                              Case Number: **1:02CR00147**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
                                         **United States District Judge**

Date of Original Sentence: **April 25, 2003**

Original Offense: **Retaliating Against a Witness, in violation of 18 USC § 1513(b)(1), a class A felony.**

Original Sentence: **226 days confinement  3 years supervised release**

Type of Supervision: **Supervised Release**                Date Supervision Commenced: **April 25, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

#1                        **Special Condition–The supervised releasee shall reside in a halfway house facility for a period not to exceed four months in the work release component. While in the program, the supervised releasee shall abide by all of the program's rules and regulations, participate in required programming and be cooperative and compliant with the program's staff.**

                          On June 17, 2005, the Court granted this halfway house modification after Warford had tested positive four times in the same 365 day time period. Warford entered the Talbert House program on July 5, 2005. She was administratively terminated from the Talbert House program on September 30, 2005 for violating a behavior contract set up by the program for returning late to the program, having a cell phone charger, and being disrespectful to staff.

**U.S. Probation Officer Action:**

Upon entrance into the program, Warford was very disrespectful and hard to deal with from the staff's point of view. Warford was being very immature and would not follow proper protocol or procedure to obtain movement to look for employment. After several corrective meetings with staff and numerous converastions with this officer, Warford was placed on a behavior contract by the program. From that point, Warford's behavior improved tremendously, and her overall demeanor and problem solving skills improved greatly. She did struggle obtaining employment, which was part of Warford's frustration, and lead to some of her misbehavior. Warford finally obtained employment at Frisch's as a waitress, which lead to the overall improvement. However, a personaltiy conflict with a co-worker lead to Warford quitting the job, and attempting to get transferred to another Frsich's location without success. Warford then obtained employment through a temporary service working for Airborne Express.

PROB 12A
(12/98)

2

The reason for the administrative termination were very small issues in the grand scale of things, but they did occur. Warford still has some growing up to do, but the placement did force her to change her approach to problem solving and how she treats and deals with other people. To that extent, the modification was successful and fulfilled its purpose. In addition, Warford has been clean since May 2005, and has been tested weekly for quite a while. Finally, Warford was released from both substance abuse and mental health treatment as Warford was as far as she was capable of progressing.

Warford is currently residing with her mother in the Winton Place area of Cincinnati. She also is trying to help her father who is terminally ill, and was dealing with her father's illness before and during the halfway house placement.

Based on the progress made, this officer would like to give Warford one more chance, and respectfully recommends the Court take no action as a result of Warford not completing the modification in its entirety.

Respectfully submitted,

by Robert C. Frommeyer Jr.
Senior U. S. Probation Officer
Date: **October 17, 2005**

Approved,

by John C. Cole
Supervising U. S. Probation Officer
Date: 10-21-05

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

10/28/05
Date