PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Tamara Denise Warford**  Case Number: **1:02CR00147**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
                                        **United States District Judge**

Date of Original Sentence: **April 25, 2003**

Original Offense:   Retaliating Against a Witness, in violation of 18 USC § 1513(b)(1), a Class A felony.

Original Sentence: **226 days confinement, 3 years supervised release**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **April 25, 2003**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On March 28, 2006, Warford was indicted by the Hamilton County, Ohio Grand Jury on charges of Forgery and Receiving Stolen Property as a result of an incident which occurred on February 1, 2006.

The allegations are that, on February 1, 2006, Warford was in possession of a stolen personal check belonging to Teresa Mann, and forged the check in the amount of $450.00, which was made payable to Warford.

**U.S. Probation Officer Action:**

Warford completely denies the incident. She stated she sold some furniture to a person and her boyfriend who she was introduced to her by a friend. They gave her the check, and wrote it out payable to her. Warford took the check to cash it at a Fifth Third Bank and was arrested at the bank, as the check had been reported stolen. Warford insists she had no idea the check was stolen and was simply being reimbursed for furniture she sold to the couple.

Outside of this incident, Warford has been doing well. She is working and obtained her own apartment. She has not submitted a positive drug test since May 23, 2005.

Based on Warford maintaining her innocence, this officer is respectfully recommending no action be taken to allow for the case to be prosecuted.

PROB 12A
(12/98)

2

RE:   Warford, Tamara
       CR-1-02-147

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *[signature]* <br> Robert C. Frommeyer Jr. <br> U. S. Probation Officer <br> Date:   **April 3, 2006** | by *[signature]* <br> John Cole <br> Supervising U. S. Probation Officer <br> Date:   **April 3, 2006** |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

April 10, 2006
Date