PROB 12C
Rev 2/03

# United States District Court

## for

## Southern District of Ohio

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  **Tamara Denise Warford**
4884 Winton Road, Apt# 34
Cincinnati, Ohio 45232                            Case Number: **1:02CR00147**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott,**
**United States District Judge**

Date of Original Sentence: **April 25, 2003**

Original Offense: **Retaliating Against a Witness, in violation of 18 USC § 1513(b)(1), a Class A felony.**

Original Sentence: **226 days confinement, 3 years supervised release.**

Type of Supervision: **Supervised Release**           Date Supervision Commenced: **August 8, 2003**

Assistant U.S. Attorney: **Anthony Springer, esq.**      Defense Attorney: **C. Ransom Hudson, esq.**

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]  To issue an Order to Appear and Show Cause and to toll the supervision time
[ ]   To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **New Law Violation:** |

On June 7, 2006, Warford pled guilty to Receiving Stolen Property, a 5th degree felony in Hamilton County Common Pleas Court. On July 12, 2006, Warford was sentenced to 12 months confinement, which was suspended in lieu of a three year term of community control. She also will be subject to regular drug testing as a condition of community control.

The facts are, on March1, 2006, Warford entered a Fifth Third Bank, and attempted to cash a stolen check in the amount of $450.00, which was made out in her name. The victim had reported her checks stolen, so the bank teller did not cash the check, and the police were called. Warford was detained at the bank.

**Probation Officer Recommendation:**

Warford has maintained employment, reported as directed, and has remained clean for usage of drugs since May of 2005. She is not seen as a risk for flight, and has been sentenced to probation in the state conviction. This is not a mandatory revocation situation. Therefore, based on these factors, this officer is respectfully

PROB 12C
Rev 2/03

2

This is not a mandatory revocation situation. Therefore, based on these factors, this officer is respectfully recommending a summons for show cause be issued by the Court and the supervision time to be tolled due to her scheduled discharge date of August 7, 2006..

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for years, for a total term of years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Approved,

Executed on **July 20, 2006**

by

Robert C. Frommeyer Jr.
U.S. Probation Officer

John Cole
Supervising U.S. Probation Officer
Date:    **July 20, 2006**

THE COURT ORDERS:

[ ]    No Action
[ ]    The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[X]    The Issuance of an Order to Appear and Show Cause and the supervision time shall be tolled.
[ ]    The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]    Other

Susan J. Dlott
Signature of Judicial Officer

July 24, 2006
Date