# United States District Court

SOUTHERN _____ DISTRICT OF _____ OHIO

UNITED STATES OF AMERICA

V.

**ALLEN LAMONT TURNER**

NOTICE

CASE NUMBER: **1:02cr147 (Hogan, MJ)**

| TYPE OF CASE | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | **701** |
| | DATE AND TIME |

TYPE OF PROCEEDING

**Initial Appearance on Supervised Release Violation before the Honorable Timothy S. Hogan, U.S. Magistrate Judge**

X   TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Thursday, August 3, 2006 at 1:30 pm | **Thursday, August 3, 2006 at 11:00 am** |

July 28, 2006
Date

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

s/Arthur Hill
(BY) DEPUTY CLERK

To: Asst. Fed Public Defender

   CC: U.S. Probation Office
   Pretrial Services
   U.S. Marshal's Office
   U.S. Attorney's Office

   **NOTE: It is the responsibility of Counsel to notify their clients.**