# United States District Court

__SOUTHERN__    DISTRICT OF    __OHIO__

UNITED STATES OF AMERICA

V.

**TAMARA DENISE WARDORD**

**CORRECTED NOTICE**

CASE NUMBER:  **1:02cr147**
**(Hogan, MJ)**

TYPE OF CASE

☐ CIVIL        ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | 701 |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**Initial Appearance on Supervised Release Revocation before the Honorable Timothy S. Hogan, U.S. Magistrate Judge**

X    TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio  45202 | DATE AND TIME PREVIOUSLY SCHEDULED<br>Thursday, August 3, 2006 at 1:30 pm | RESET TO, DATE AND TIME<br>**Thursday, August 3, 2006 at 11:00 am** |
|---|---|---|

July 28, 2006
Date

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

s/Arthur Hill
(BY) DEPUTY CLERK

To: Federal Public Defender

CC: U.S. Probation Office
Pretrial Services
U.S. Marshal's Office
U.S. Attorney's Office

**NOTE: It is the responsibility of Counsel to notify their clients.**