UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TAMARA DENISE WARFORD,
    Defendant.

Case No. __1:02cr147-1__
(Hogan, MJ.)

2006 AUG -3 AM 11:30

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Hogan

Courtroom Deputy: Arthur Hill
Court Reporter: Official Reporter, Mary Ann Ranz
Date/Time: August 3, 2006 at 11:00 AM

United States Attorney: __Anthony Springer__  Defendant Attorney: __Ransom Hudson, AFPD__

*Initial Appearance Hearing on* [ ] Complaint; [ ] Indictment; [ ] Information; or [x] petition for probation / supervised release
[x] Counsel present
[x] Defendant informed of his / her rights
[x] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[x] Financial affidavit presented to the Court/Defendant
[x] Counsel ~~previously~~ appointed. FPD

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[x] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [x] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits: _____ Defendant Exhibits: _____

[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [ ] Indictment or [ ] Information:
Defendant waives reading of: [ ] Indict    [ ] Info   [ ] Indict Read    [ ] Info Read
Defendant pleads:   [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: Case Cont'd to J. Dlott