AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

V.

Tamara Warford

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:02cr147-1

I, __Tamara Wayord__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__

in violation of Title __18__, U.S.C., __3583__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

__Tamara Wayord__
Defendant

__8/3/06__
Date

__C. Ransom Hudson__
Counsel for Defendant