AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                 Case Number:   1:02cr147

  V.

TAMARA DENISE WARFORD       District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that Supervised Release Violation Hearing previously set for August 23, 2006 has been VACATED and RESET for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #7 (Room 117) |
| | DATE AND TIME<br>August 31, 2006 at 1:30 p.m. |

                 JAMES BONINI, CLERK

                 ___s/William Miller_____
                 William Miller
                 Case Manager
                 (513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.