IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. CR-1-02-147-1 |
| | : | |
| | : | |
| vs. | : | (J. Dlott) |
| | : | |
| TAMARA DENISE WARFORD | : | |

NOTICE OF APPEARANCE

    Anthony Springer, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for the defense in this case, that he is entering an appearance as lead counsel for the United States, in the above captioned case, and requests that service of all papers filed in this action be made upon him at the following address: Anthony Springer, United States Attorney's Office, 221 East Fourth Street, Suite 400, Cincinnati, Ohio 45202.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    *s/ Anthony Springer*
    ANTHONY SPRINGER (#0067716)
    Assistant United States Attorney
    Attorney for Plaintiff
    221 East Fourth Street, Suite 400
    Cincinnati, Ohio 45202
    (513) 684-3711
    Fax: (513) 684-6385
    Anthony.Springer@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served this 16th day of August, 2006, electronically on: C. Ransom Hudson, Assistant Federal Public Defender, Attorney for Defendant Warford.

    *s/ Anthony Springer*
    ANTHONY SPRINGER (#0067716)
    Assistant U.S. Attorney