IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                  Case Number: 1:02CR147

TAMARA DENISE WARFORD

Jail term of 1 day

Defendant's Supervised Release is Terminated

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | William Miller |
| Court Reporter: | Julie Wolfer, Official |
| Date: | August 31, 2006 |